

Entered on Docket
January 05, 2010

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

---

**KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE**
**201 Las Vegas Blvd South Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| MARCOS S ARIAS | BKS-09-19223-MKN |
| ALISA M ARIAS | ORDER  DENIAL OF CONFIRMATION AND DISMISSING CASE |
| Debtors | Hearing Date: 12/17/2009 |
| | Hearing Time:  1:30 pm |

    The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared: [X] Trustee [  ] Debtors [  ] Attorney for Debtors [  ] Other , and said Motion having been considered by this Court, and good cause appearing therefore;

    IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

- The Debtors have failed to cooperate with the Trustee [11 USC 521(3)] as the following document(s) were not provided:  [ ] tax returns  [ ] pay stubs  [ ] profit & loss statements  [X] other: Verification that Mr. did not work 4/09 through 5/09
- Other Reason: Plan proposes to modify the 1st mortgage on primary residence

IT IS FURTHER ORDERED that the Trustee is allowed $350.00 as and for expenses in the administration of this case.

DATED:  12/28/2009

Submitted by:

/s/  KATHLEEN A. LEAVITT
Kathleen A. Leavitt
Chapter 13 Trustee
(MJB)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follow **s ;**

 _X_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

None -no parties appeared

###